UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 1:24-cv-12191

|  |  |
|---|---|
| **Saviel Colon,** | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **Bisola Ojikutu, et. al.,** | ) |
| Defendants. | ) |
|  | ) |

## AFFIDAVIT DEFENDANT DR. BISOLA OJIKUTU IN SUPPORT OF MOTION TO DISMISS

I, Bisola Ojikutu, hereby depose and state as follows:

1. My name is Dr. Bisola Ojikutu. I am the Executive Director of the Boston Public Health Commission, which is an independent body politic of the Commonwealth.

2. The Boston Public Health Commission is not an agency of the City of Boston, but an independent body politic created by statute.

3. I am not an employee of the City of Boston or any City of Boston agency, including the Boston Police Department. Nor have I ever worked for the City of Boston or the Boston Police Department in the past.

4. I was appointed to the Executive Director position by the Board of Health per the Commission's enabling statute. Neither the mayor nor the COB have the power to appoint or fire me as Executive Director. I am paid by the Boston Public Health Commission.

5. My powers as Executive Director of the Commission are those conferred by the enabling statute of the Boston Public Health Commission. M.G.L. c. 111, § 30. The powers held by the Executive Director of the Boston Public Health Commission are specifically enumerated in its enabling statute, and do not allow it to control policy decisions within the COB.

6. Saviel Colon is not now, and has not been at any point in the past, an employee of the Boston Public Health Commission.

7. I am not a member of any union, and I do not work for any union. I have no association with any of the unions which pertain to the employees of the Boston Fire Department.

8. I did not write, authorize, enact, or enforce the City of Boston's employee Vaccine or Test Policy.

9. In my role as the Executive Director of the Boston Public Health Commission, I do not contribute to any employment decisions from any outside municipality or agency. For example, I do not contribute to outside agency decisions regarding termination, employment, enforcement of policies, or reviewing requests for exemptions to policies. I am not part of the City of Boston chain of command.

10. During the fall of 2021, I did not review requests from City of Boston employees for medical or religious exemptions from the Vaccine or Test Policy or any other policy. Nor did I make the final decisions on any such requests, which were presumably handled within the internal chain of command within the City of Boston. I was not involved with the enforcement of the Vaccine or Test Policy for the City of Boston in any way.

11. I did not deny the religious exemption request of Saviel Colon to the Vaccine or Test Policy, or cause his request to be denied, in any way.

Sworn to, under pains and penalty of perjury, on ___January 17___, 2025:

*Bisola Ojikutu*

                                         Bisola Ojikutu, M.D.
                                         Executive Director,
                                         Boston Public Health Commission