# Exhibit A

if@ilyafeoktistov.com

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, June 27, 2025 9:18 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-11588-AK Browder v. City of Boston et al Order on Motion to Dismiss for Failure to State a Claim |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/27/2025 at 9:18 AM EDT and filed on 6/27/2025

**Case Name:** Browder v. City of Boston et al
**Case Number:** [1:24-cv-11588-AK](#)
**Filer:**
**Document Number:** 67(No document attached)

**Docket Text:**
**District Judge Angel Kelley: ELECTRONIC ORDER entered.**

**Before the Court are the Defendants' motions seeking the dismissal of each claim against the entities and individual Defendants in both their individual and official capacities (collectively, the "Motions"). [Dkts. 24, 27, 28, 62]. The Motions are hereby DENIED. Browder's allegations of race and religious discrimination are sufficiently pled to withstand a motion to dismiss. The Court will continue to review the parties' arguments regarding dismissal to assess whether any claims and/or Defendants should be stricken from this action on an ongoing basis.**

**Each Defendant is DIRECTED to file an answer to the complaint by July 8, 2025. The Parties are further DIRECTED to consult and submit a mutually agreed-upon pretrial schedule in accordance with the attached sample. If the Court finds the proposed deadlines reasonable or determines that only minor adjustments are necessary, it may issue a scheduling order without requiring an additional scheduling conference.**

**A further written order will issue, but the Parties are to commence discovery, as discussed at the motion hearing. SO ORDERED.**

**(MAL)**

**1:24-cv-11588-AK Notice has been electronically mailed to:**

Leah Marie Barrault    leah@barraultlaw.com

Randall F. Maas    randall.maas@boston.gov

Ilya Feoktistov    if@ilyafeoktistov.com

Whitney Cole Pasternack    wpasternack@bphc.org

Hailey Ferguson    hailey@barraultlaw.com

**1:24-cv-11588-AK Notice will not be electronically mailed to:**