IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVIEL COLÓN,<br><br>                Plaintiff<br><br>                v<br><br>CITY OF BOSTON, BISOLA OJIKUTU in her official and individual capacities, TAMMY PUST in her official and individual capacities, LISA O'BRIEN in her official and individual capacities, BOSTON POLICE PATROLMEN'S ASSOCIATION, AND LAWRENCE (LARRY) CALDERONE,<br><br>                Defendants | No. 1:24-cv-12191-DJC |

### PLAINTIFF'S MOTION FOR JUDICIAL DISQUALIFICATION OF CHIEF JUDGE DENISE J. CASPER PURSUANT TO 28 U.S.C. § 455

### INTRODUCTION

Now comes Plaintiff, Saviel Colón, by counsel, and respectfully moves that the Honorable U.S. District of Massachusetts Chief Judge Denise Casper ("Judge Casper") disqualify herself from presiding over the instant matter. As reasons therefor, Mr. Colón states:

1)   Judge Casper has personal knowledge of disputed evidentiary facts concerning the instant proceeding, in violation of 28 U.S.C. § 455(b)(1).

2)   Judge Casper violated 28 U.S.C. § 144 by deciding upon the truth of Plaintiff's 28 U.S.C. § 144 affidavit.

3)   In violation of 28 U.S.C. 455(b)(4), Judge Casper has an estimated $ 3.5 million financial interest in the municipal debt of multiple current defendants in dozens of federal and state

COVID-19 vaccine mandate cases across the country, which could be substantially affected by the outcome of the instant proceedings.

4) Judge Casper violated the due process clause of the Fifth Amendment and/or 28 U.S.C. § 455(a) in her response to Plaintiff's 28 U.S.C. § 144 affidavit by failing to disclose her own individual multimillion dollar stake in Thermo Fisher Scientific, Inc. ("TFS") securities, which she had retained for years after her divorce from TFS CEO Marc Casper.

Mr. Colón annexes a memorandum of law and exhibits in support of this motion.

> Respectfully submitted,
> Plaintiff, Saviel Colón,
> By his attorney,
>
> _____
> Ilya I. Feoktistov, Esq.
> B.B.O. No. 704458
> LAW OFFICE OF ILYA FEOKTISTOV
> 292 Newbury Street, No. 544
> Boston, MA 02115
> (617) 462-7938
> if@ilyafeoktistov.com

DATED: September 9, 2025.

## SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff Saviel Colón in the above-captioned matter, hereby certify that on September 10, 2025, I served a true and accurate copy of the foregoing document on counsel for the parties of record by filing electronically.

_____
Ilya I. Feoktistov, Esq.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on September 9, 2025, I contacted counsel for the defendant parties to confer and attempt in good faith to resolve or narrow the issues. I have not heard back from counsel.

_____
Ilya I. Feoktistov, Esq.

DATED: September 10, 2025.