UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVIEL COLÓN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, BISOLA OJIKUTU in her official and individual capacities, TAMMY PUST in her official and individual capacities, LISA O'BRIEN in her official and individual capacities, BOSTON POLICE PATROLMEN'S ASSOCIATION, and LAWRENCE (LARRY) CALDERONE,<br><br>Defendants. | NO. 1:24-cv-12191-DJC |

**MOTION TO WITHDRAW AS ATTORNEY**

Undersigned counsel hereby seeks leave of court to withdraw his appearance for defendants City of Boston (the "City"), Tammy Pust, and Lisa O'Brien.

As grounds therefor, undersigned counsel states that he will start a new position in November and that his last day with the City of Boston law department is October 31, 2025.

Undersigned counsel has spoken with the individual clients, Tammy Pust and Lisa O'Brien, and notified them that he will be withdrawing from the case.

Although the City defendants have a motion to dismiss currently pending, Assistant Corporation Counsel Mauricio Vaca has filed a notice of appearance in the case and will handle this matter on behalf of the City and the individual defendants going forward.

Respectfully submitted:

**DEFENDANTS CITY OF BOSTON, TAMMY PUST, and LISA O'BRIEN**

By their attorney:

Adam Cederbaum
Corporation Counsel

/s/ Randall F. Maas
Randall Maas (BBO# 684832)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4042 (Maas)
Randall.Maas@boston.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 30, 2025**, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Randall F. Maas
Randall F. Maas

Date: October 30, 2025