IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAVIEL COLÓN,<br><br>      Plaintiff<br><br>      v<br><br>CITY OF BOSTON, BISOLA OJIKUTU in her official and individual capacities, TAMMY PUST in her official and individual capacities, LISA O'BRIEN in her official and individual capacities, BOSTON POLICE PATROLMEN'S ASSOCIATION, AND LAWRENCE (LARRY) CALDERONE,<br><br>      Defendants | No. 1:24-cv-12191-DJC |

## PLAINTIFF SAVIEL COLÓN'S NOTICE OF APPEAL

Plaintiff, Saviel Colón, appeals to the United States Court of Appeals for the First Circuit from the order dismissing this case, entered on March 5, 2026 (ECF# 85); and from the order denying Plaintiff's motion to disqualify Chief Judge Denise J. Casper from this case, entered on March 5, 2026 (ECF# 83).

Respectfully submitted,
Plaintiff, Saviel Colón,
By his attorney,

_____
Ilya I. Feoktistov, Esq.
B.B.O. No. 704458
LAW OFFICE OF ILYA FEOKTISTOV
60 Burnham Drive
Falmouth, MA 02540

(617) 462-7938
if@ilyafeoktistov.com

DATED: March 24, 2026.

### SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff Saviel Colón in the above-captioned matter, hereby certify that on March 24, 2026, I served a true and accurate copy of the foregoing document on counsel for the parties of record by filing electronically.

Ilya I. Feoktistov, Esq.